JONAH A. GROSSBARDT (Cal. Bar No. 283584)
SAVUR THREADGOLD LLP
10250 Constellation Blvd., Suite 100
Los Angeles, CA 90067
Telephone: (646) 475-2515
Facsimile: (646) 275-2401
E-mail: jg@savurlaw.com

JOEL B. ROTHMAN (*pro hac vice* forthcoming)
SCHNEIDER ROTHMAN INTELLECTUAL
PROPERTY GROUP, LLC
4651 North Federal Highway
Boca Raton, FL 33431
Telephone: (561) 404-4350
Facsimile: (561) 404-4353
E-mail: Joel.Rothman@sriplaw.com

Attorneys for Plaintiff
Thelonious Sphere Monk, Jr., as Administrator of and on behalf of the Estate of Thelonious Sphere Monk, deceased,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELONIOUS SPHERE MONK, JR., as Administrator of and on behalf of the ESTATE OF THELONIOUS SPHERE MONK, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH COAST BREWING CO., INC., a California Corporation,<br><br>Defendant. | Case No.:<br><br>**COMPLAINT FOR**<br><br>**(1) Trademark Infringement (15 U.S.C. § 1125(a)**<br><br>**(2) California Civil Code § 3344.1**<br><br>**(3) California Common Law Right of Publicity**<br><br>**(4) Unjust Enrichment**<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT FOR TRADEMARK INFRINGEMENT, VIOLATIONS OF RIGHTS OF PUBLICITY, AND UNJUST ENRICHMENT**
(INJUNCTIVE RELIEF DEMANDED)

- 1 -
COMPLAINT

Plaintiff, THELONIOUS SPHERE MONK, JR., as Administrator of and on behalf of the ESTATE OF THELONIOUS SPHERE MONK ("Plaintiff"), by and through undersigned counsel, brings this Complaint against Defendant, NORTH COAST BREWING CO., INC. ("Defendant"), for damages and injunctive relief, and in support thereof states as follows:

## JURISDICTION AND VENUE

1. This is an action arising under the Lanham Act, 15 U.S.C. § 1121, California Civil Code § 3344.1 and California common law.

2. This Court has federal question subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

3. This Court has supplemental jurisdiction of the California Civil Code claims pursuant to 28 U.S.C. § 1367(a).

4. This Court also has diversity jurisdiction pursuant to 28 U.S.C. § 1332 because the citizenship of the parties is completely diverse and the amount in controversy exceeds $75,000.

5. Defendant is subject to personal jurisdiction in California.

6. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, and Defendant is subject to personal jurisdiction in this district.

## THE PLAINTIFF

7. Plaintiff, THELONIOUS SPHERE (T.S.) MONK, JR. brings this action as Representative of and on behalf of the Estate of his deceased father THELONIOUS SPHERE MONK.

8. Thelonious Sphere Monk lived in New York County, New York at the time of his death on February 17, 1982.

9. THELONIOUS SPHERE (T.S.) MONK, JR. was duly appointed the Administrator of the ESTATE OF THELONIOUS SPHERE MONK on April 11, 1983 (the "Monk Estate" or "Estate of Thelonious Monk") by the New York County Surrogate's Court and currently possesses all rights and powers necessary to prosecute this action.

**THELONIOUS MONK JAZZ LEGEND**

10. Thelonious Monk ("Monk") was born in Rocky Mount, North Carolina in 1917. Monk grew up in New York City where he became a world-renowned jazz pianist and composer. 2017 marks the 100th anniversary of Monk's birth.

11. Monk learned to play piano at age six years old. He was largely self-taught. Monk's early career as a jazz pianist coincides with jazz's recognition as a major form of musical expression in the 1920s through the 1940s.

12. Monk was a pioneer of the Bebop style of jazz music. Bebop-style performers like Monk began to shift jazz from danceable popular music toward a more challenging "musician's music." By divorcing itself from dance music, bebop established itself more as an *avant-garde* art form, thus lessening its potential popular and commercial appeal. Monk led this *avant-garde* movement and, in the process, he became one of the most famous jazz musicians of all time.

13. Monk's *avant-garde* approach extended beyond music to his personal style. Monk adopted a distinctive style in suits, hats, facial hair and sunglasses. Monk cultivated a unique look. The images of Monk shown below from different stages of his career demonstrate a consistent and iconic look and style. This "Monk look" became synonymous with Monk's music.





14. Monk's composition "Round Midnight" is the number one most recorded composition in history of Jazz.

15. Monk is the second most recorded composer of jazz music, behind only Duke Ellington.

16. The Smithsonian Institution maintains a permanent exhibit on Monk, and his piano will be housed at the African American Museum in Washington, DC.

17. Monk is a member of the Downbeat Jazz Hall of Fame, the ASCAP Composer's Hall of Fame and his music is studied at major universities worldwide.

18. "Live at Carnegie Hall" with Thelonious Monk and John Coltrane is the second best-selling album in Jazz history.

19. For his achievements throughout his illustrious career, Monk received the Grammy Lifetime Achievement Award, a special Pulitzer Prize, and his own star on the Hollywood Walk of Fame.

20. The name THELONIOUS MONK is famous and valuable.

21. The image of THELONIOUS MONK is famous and valuable.

22. The likeness of THELONIOUS MONK is famous and valuable.

23. THELONIOUS MONK is registered as a personality with the California Secretary of State.

24. The THELONIOUS MONK name, image and likeness are the property of the Monk Estate.

**THE DEFENDANT**

25. Defendant NORTH COAST BREWING CO., INC. ("North Coast") is a California corporation with its principal place of business in California and can be served with process through its registered agent Mark E. Ruedrich, 455 North Main Street, Fort Bragg, CA 95437.

26. North Coast is a craft brewery.

27. North Coast makes and sells beer and ale.

28. For many years, North Coast has brewed and sold a Trappist ale brewed in the style of those originally created by late 18th Belgian century monks fleeing the French Revolution. These

1  so called "Trappist" ales were originally brewed in Trappist monasteries exclusively by and for the
2  monks who lived there.  These ales are described as "dark and sweet" and are often bottled in the
3  manner of sparkling wines using larger bottles and caged corks.  Eventually, a Trappist certification
4  system emerged.  To qualify, the brewery must be in a monastery, the monks must play a role in its
5  production and the policies and the profits from the sale must be used to support the monastery or
6  social programs outside.

7  29.  For many years, North Coast has produced, distributed and sold an ale brewed in the
8  Trappist style called BROTHER THELONIOUS BELGIAN STYLE ABBEY ALE.

9  30.  North Coast has consistently distributed, marketed and sold BROTHER
10 THELONIOUS BELGIAN STYLE ABBEY ALE using a label that prominently features the name,
11 image and likeness of Thelonious Monk, as shown below.





27  31.  North Coast's packaging for BROTHER THELONIOUS BELGIAN STYLE
28 ABBEY ALE features the name, images and likeness of Thelonious Monk, with Monk holding a

goblet of the product contained in the bottle.  Monk is shown wearing his signature sunglasses, hat and facial hair.  In addition, a halo of piano keys surrounds Monk's head in a manner evocative of saintly characters featured in medieval religious paintings.

32. "BROTHER THELONIOUS" is the principal feature in large print in all the product packaging for BROTHER THELONIOUS BELGIAN STYLE ABBEY ALE.

33. In addition to its use of the Monk name, image and likeness on the packaging for North Coast BROTHER THELONIOUS BELGIAN STYLE ABBEY ALE, North Coast features the Monk name, image and likeness in all of its advertising, marketing and sales materials for BROTHER THELONIOUS BELGIAN STYLE ABBEY ALE.

34. North Coast operates a store on its website and in its physical premises where it advertises, markets and sells products using the Monk name, image and likeness, including BROTHER THELONIOUS BELGIAN STYLE ABBEY ALE, as well as at least seventeen (17) other items including cups, hats, hoodies, iron on patches, soap, t-shirts, tap handles, metal and neon signs, pins, playing cards, mouse pads, posters, and food products, all of which feature the name, image and likeness of THELONIOUS MONK.

35. North Coast also uses of the Monk name, image and likeness in connection with promotional events at Jazz festivals and other locations as shown below.



36. North Coast's use of the THELONIOUS MONK name, image and likeness is without the permission of the Monk Estate and unauthorized.

37.     Some time prior to January 11, 2016, T.S. Monk verbally agreed to permit North Coast to utilize the THELONIOUS MONK name, image and likeness for the limited purpose of marketing and distributing BROTHER THELONIOUS BELGIAN STYLE ABBEY ALE in exchange for North Coast's agreement to donate a portion of the profits from the sale of BROTHER THELONIOUS BELGIAN STYLE ABBEY ALE to the Thelonious Monk Institute of Jazz.

38.     At no time prior to January 11, 2016 did either T.S. Monk or the Monk Estate authorize North Coast to utilize the THELONIOUS MONK name, image or likeness for the sale of merchandize such as cups, hats, hoodies, iron on patches, soap, t-shirts, tap handles, metal and neon signs, pins, playing cards, mouse pads, posters, and food products.

39.     On January 11, 2016, Monk notified North Coast that any authority previously given to it for its use of the THELONIOUS MONK name, image or likeness was terminated and revoked, and that North Coast could no longer use the THELONIOUS MONK name, image and likeness without entering into a merchandising agreement with the Estate of Thelonious Monk, and advised North Coast that all royalty payments must be made to The Monk Estate. A true and correct copy of the notice to North Coast through its attorneys is attached hereto as Exhibit 1.

40.     Despite notice, since January 11, 2016 North Coast has continued to exploit the THELONIOUS MONK name, image and likeness without permission of the Monk Estate and without compensating the Monk Estate, causing damage to the Monk Estate and effecting the value of the THELONIOUS MONK name, image and likeness.

41.     Plaintiff has engaged the undersigned attorneys and has agreed to pay them a reasonable fee.

**FIRST CLAIM FOR RELIEF**

**TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1125(a)**

42.     Plaintiff incorporates the allegations of paragraphs 1 through 41 of this Complaint as if fully set forth herein.

43.     The THELONIOUS MONK name, image and likeness is a name, symbol or device that is known and used by the Estate of Thelonious Monk to indicate the source of the music, style,

image and persona created by Thelonious Monk, recognized as associated with Thelonious Monk, and to distinguish the distinctive features of Thelonious Monk.

44. The name, image and likeness of THELONIOUS MONK is famous and valuable.

45. The name, image and likeness of THELONIOUS MONK is the sole property of the Estate of Thelonious Monk.

46. The name, image and likeness of THELONIOUS MONK cannot be used without the permission and authority of the Estate of Thelonious Monk.

47. North Coast used the name, image and likeness of THELONIOUS MONK in connection with the sale of BROTHER THELONIOUS BELGIAN STYLE ABBEY ALE and other products that feature the name, image and likeness of THELONIOUS MONK.

48. North Coast used the name, image and likeness of THELONIOUS MONK on and in connection with the container of BROTHER THELONIOUS BELGIAN STYLE ABBEY ALE that North Coast sold.

49. North Coast used the name, image and likeness of THELONIOUS MONK on and in connection with commercial advertising for BROTHER THELONIOUS BELGIAN STYLE ABBEY ALE and other products that feature the name, image and likeness of THELONIOUS MONK.

50. North Coast's use of the name, image and likeness of THELONIOUS MONK on and in connection with the container of BROTHER THELONIOUS BELGIAN STYLE ABBEY ALE and other products sold by North Coast is likely to cause confusion, mistake, or deceive as to whether THELONIOUS MONK or the Monk Estate is connected with, affiliated with, sponsors or approves North Coast's sale of BROTHER THELONIOUS BELGIAN STYLE ABBEY ALE and other products that feature the name, image and likeness of THELONIOUS MONK.

51. North Coast's use of the name, image and likeness of THELONIOUS MONK on and in connection with commercial advertising for BROTHER THELONIOUS BELGIAN STYLE ABBEY ALE and other products sold by North Coast is likely to cause confusion, mistake, or deceive as to whether THELONIOUS MONK or the Monk Estate is connected with, affiliated with, sponsors or approves North Coast's sale of BROTHER THELONIOUS BELGIAN STYLE

ABBEY ALE and other products that feature the name, image and likeness of THELONIOUS MONK.

52. North Coast's use of the name, image and likeness of THELONIOUS MONK on and in connection with commercial advertising for BROTHER THELONIOUS BELGIAN STYLE ABBEY ALE and other products sold by North Coast misrepresents the nature, characteristics, or qualities of North Coast's goods and services.

53. The Monk Estate has been damaged.

54. The harm caused to the Monk Estate has been irreparable.

## SECOND CLAIM FOR RELIEF

## VIOLATION OF CALIFORNIA CIVIL CODE § 3344.1

55. Plaintiff incorporates the allegations of paragraphs 1 through 41 of this Complaint as if fully set forth herein.

56. The name, image and likeness of THELONIOUS MONK is the sole property of the Estate of Thelonious Monk.

57. The name, image and likeness of THELONIOUS MONK is famous and valuable.

58. The name, image and likeness of THELONIOUS MONK cannot be used without the permission and authority of the Estate of Thelonious Monk.

59. North Coast knowingly used the name, image and likeness of THELONIOUS MONK for advertising, selling, or soliciting the sale of BROTHER THELONIOUS BELGIAN STYLE ABBEY ALE and other products without the consent of the Estate of Thelonious Monk in violation of California Civil Code § 3344.1.

60. North Coast has profited from its violations.

61. The Monk Estate has been damaged.

62. The harm caused to the Monk Estate has been irreparable.

## THIRD CLAIM FOR RELIEF

## VIOLATION OF CALIFORNIA COMMON LAW RIGHT OF PUBLICITY

63. Plaintiff incorporates the allegations of paragraphs 1 through 41 of this Complaint as if fully set forth herein.

64. The name, image and likeness of THELONIOUS MONK is the sole property of the Estate of Thelonious Monk.

65. The name, image and likeness of THELONIOUS MONK is famous and valuable.

66. The name, image and likeness of THELONIOUS MONK cannot be used without the permission and authority of the Estate of Thelonious Monk.

67. North Coast used the name, image and likeness of THELONIOUS MONK for advertising, selling, or soliciting the sale of BROTHER THELONIOUS BELGIAN STYLE ABBEY ALE and other products without the consent of the Estate of Thelonious Monk.

68. North Coast has profited from its violations.

69. The Monk Estate has been damaged.

70. The harm caused to the Monk Estate has been irreparable.

## FOURTH CLAIM FOR RELIEF

## UNJUST ENRICHMENT

71. Plaintiff incorporates the allegations of paragraphs 1 through 41 of this Complaint as if fully set forth herein.

72. The name, image and likeness of THELONIOUS MONK is the sole property of the Estate of Thelonious Monk.

73. The name, image and likeness of THELONIOUS MONK is famous and valuable.

74. The name, image and likeness of THELONIOUS MONK cannot be used without the permission and authority of the Estate of Thelonious Monk.

75. North Coast used the name, image and likeness of THELONIOUS MONK for advertising, selling, or soliciting the sale of BROTHER THELONIOUS BELGIAN STYLE ABBEY ALE and other products without the consent of the Estate of Thelonious Monk.

76. By reason of the foregoing, North Coast was and continues to be unjustly enriched through unlicensed and unauthorized exploitation of the name, image and likeness of THELONIOUS MONK.

77. The Monk Estate is entitled to just compensation under the common law of the State of California.

## **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff prays for judgment against the Defendant that:

a. Defendant be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 15 U.S.C. § 1125, California Civil Code § 3344.1, and California common law;

b. Defendant be ordered to pay Plaintiff's actual, consequential, incidental, and special damages, as well as the Defendant's profits attributable to the violations alleged;

c. Defendant be ordered to pay Plaintiff's attorneys' fees and costs to the extent available under the statutes sued hereunder;

d. Plaintiff be awarded punitive damages; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## **JURY DEMAND**

Plaintiff respectfully requests a jury trial on all issues triable thereby.

Dated: August 29, 2017

                                              Respectfully submitted,

                                              By:   /s/ Jonah A. Grossbardt
                                                     Jonah A. Grossbardt
                                              SAVUR THREADGOLD LLP
                                              10250 Constellation, Blvd., Ste. 100
                                              Los Angeles, CA 90067
                                              Telephone: (646) 475-2515
                                              Facsimile: (646) 275-2401
                                              E-mail: jg@savurlaw.com

                                              Joel B. Rothman (*pro hac vice* forthcoming)
                                              SCHNEIDER ROTHMAN Intellectual
                                              INTELLECTUAL PROPERTY
                                              LAW GROUP, LLC
                                              4651 North Federal Highway
                                              Boca Raton, FL 33431

Telephone: (561) 404-4350
Facsimile: (561) 404-4353
E-mail: Joel.rothman@sriplaw.com

*Attorneys for Plaintiff
Thelonious Sphere Monk, Jr.,
as Administrator of and on behalf of the
Estate of Thelonious
Sphere Monk, deceased*

COMPLAINT