# **EXHIBIT 1**



**COWAN
LIEBOWITZ
LATMAN**

Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY  10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Thomas Kjellberg**
(212) 790-9202
txk@cll.com

January 11, 2016

**By Email - tnoah@dergnoah.com**

Todd A. Noah, Esq.
Dergosits & Noah LLP
Three Embarcadero Center
Suite 410
San Francisco, CA 94111

Re:  North Coast Brewing Company, Inc.; BROTHER THELONIOUS

Dear Mr. Noah:

Further to our telephone conversation of December 15, 2015, I write on behalf of the Estate of Thelonious Monk and Thelonious Sphere Monk III ("T.S. Monk"), owner of 100% of the right of publicity of Thelonious Monk, regarding the commercial use by North Coast Brewing Company, Inc. ("NCB") of Thelonious Monk's name and likeness on "Brother Thelonious" ale and related merchandise, and for purposes of advertising and selling such product and merchandise.

Previously, royalties for NCB's commercial use of Thelonious Monk's name and likeness have been remitted, at the direction of T.S. Monk, to The Thelonious Monk Institute of Jazz. NCB is hereby advised that such direction is revoked; and NCB is hereby authorized and directed to make payment of any and all such royalties directly to T.S. Monk and the Estate.

NCB's ability to make continued commercial use of Thelonious Monk's name and likeness is, however, contingent on NCB's entering into a merchandising agreement with T.S. Monk and the Estate at standard industry rates, which shall be computed as a percentage of the retail sale price of all such merchandise sold by NCB.

We look forward to discussing the terms of that agreement as soon as possible.

Sincerely,

Thomas Kjellberg

cc:  Peter R. Porcino, Esq.
     Steven A. Reich, Esq.

30698/000/1849298.1