AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| THELONIOUS SPHERE MONK, JR., as Administrator of and on behalf of the ESTATE OF THELONIOUS SPHERE MONK, Deceased,<br>*Plaintiff(s)*<br>v.<br>NORTH COAST BREWING CO., INC., a California Corporation,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 5:17-cv-05015 HRL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
North Coast Brewing Co., Inc.,
455 North Main Street
Fort Bragg, California 95437

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jonah A. Grossbardt
Savur Threadgold LLP
10250 Constellation Blvd., Ste. 100
Los Angeles, CA 90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Susan Y. Soong*

Date: August 30, 2017

*Signature of Clerk or Deputy Clerk*