*Counsel listed on signature pages*

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THELONIOUS SPHERE MONK, JR., as Administrator of and on behalf of the ESTATE OF THELONIOUS SPHERE MONK, Deceased,<br><br>        Plaintiff,<br><br>    v.<br><br>NORTH COAST BREWING CO., INC., a California Corporation,<br><br>        Defendant. | CASE NO.  4:17-CV-05015-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br><u>Current Date</u>:<br>November 28, 2017<br>Time:    2:00 p.m.<br><br><u>Proposed Rescheduled Date</u>:<br>December 5, 2017<br>Time:    2:00 p.m. |

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

Plaintiff Thelonious Sphere Monk, Jr. as administrator of and on behalf of the Estate of Thelonious Sphere Monk ("Plaintiff") and Defendant North Coast Brewing Company ("Defendant") together ("the Parties") by and through their respective counsel of record, hereby stipulate and request that the Court continue the Initial Case Management Conference set for November 28, 2017 at 2:00 p.m. (Dkt. 14) to December 5, 2017 at 2:00 p.m., or another time that is convenient for the Court.

WHEREAS, the Parties have an Initial Case Management Conference on calendar for November 28, 2017;

WHEREAS, the Parties' Case Management Statement is due by November 21, 2017;

WHEREAS, counsel for both Parties have conflicts and are unable to attend the Initial Case Management Conference as currently set;

WHEREAS, the Parties have met, conferred, and agreed that the Initial Case Management Conference be rescheduled to December 5, 2017, or at the next date available to the Court. The Parties have also met, conferred and agreed that the Case Management Statement be due on November 28, 2017. This change will not alter the date of any other event or deadline already fixed by Court order; and

WHEREAS, the Parties respectfully request that the Court continue the due date of the Case Management Statement to November 28, 2017, and that the Court reschedule the Initial Case Management Conference to December 5, 2017 at 2:00 p.m., or at the next date available to the Court.

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties hereto, that the Court enter an order, continuing the Initial Case Management Conference to December 5, 2017 at 2:00 p.m. or a date thereafter at the Court's convenience, and the Case Management Statement to be due by November 28, 2017.

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

1    Dated: November 7, 2017      Respectfully submitted,

2                             McDERMOTT WILL & EMERY LLP

3

4                             By:*/s/ Nitin Gambhir*
                                  Nitin Gambhir

5

6                             NITIN GAMBHIR (SBN 259906)
                            ngambhir@mwe.com

7                             McDERMOTT WILL & EMERY LLP
                            275 Middlefield Road, Suite 100

8                             Menlo Park, CA 94025-4004
                            Telephone: 650 815 7400

9                             Facsimile: 650 815 7401

10                            ROBERT ZELNICK (*Pro Hac Vice forthcoming*)
                          rzelnick@mwe.com

11                           The McDermott Building
                          McDERMOTT WILL & EMERY LLP

12                           500 North Capitol Street, N.W.
                          Washington, D.C. 20001-1531

13                           Telephone: 202-756-8000
                          Facsimile: 202-756-8087

14                           Attorneys for Defendant
                          NORTH COAST BREWING CO., INC.

15

16

17    Dated: November 7, 2017         SAVUR THREADGOLD LLP

18

19                             By: */s/ John Mansfield*
                                  Jonah A. Grossbardt

20

21                           JONAH A. GROSSBARDT (CA Bar No. 283584)
                          jg@savurlaw.com

22                           SAVUR THREADGOLD LLP
                          10250 Constellation Blvd., Suite 100

23                           Los Angeles, CA 90067
                          Telephone: (646) 475-2515

24                           Facsimile: (646) 275-2401

25                           Attorneys for Plaintiff
                          Thelonious Sphere Monk, Jr., as Administrator of

26                           and on behalf of the
                          Estate of Thelonious Sphere Monk, deceased

27

28

                                   JOINT STIPULATION AND [PROPOSED]
                                   ORDER TO CONTINUE CMC
                                   CASE NO. 4:17-CV-05015-HSG

1    Dated: November 7, 2017      SCHNEIDER ROTHMAN INTELLECTUAL

2                       PROPERTY GROUP, LLC

3

4                       By: */s/ Joel B. Rothman*
                         Joel B. Rothman

5                       JOEL B. ROTHMAN (*pro hac vice*)

6                       joel.rothman@sriplaw.com
                      SCHNEIDER ROTHMAN INTELLECTUAL

7                       PROPERTY GROUP, LLC
                      4651 North Federal Highway

8                       Boca Raton, FL 33431
                      Telephone: (561) 404-4350

9                       Facsimile: (561) 404-4353

10                     Attorneys for Plaintiff

11                    Thelonious Sphere Monk, Jr., as Administrator of
                   and on behalf of the

12                    Estate of Thelonious Sphere Monk, deceased

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED]
ORDER TO CONTINUE CMC
CASE NO. 4:17-CV-05015-HSG

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

Dated:   November 7, 2017

/s/ Robert Zelnick
Robert Zelnick

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

**[~~PROPOSED~~] ORDER**

PURSUANT TO PARTIES' JOINT STIPULATION AND FINDING GOOD CAUSE, **IT IS SO ORDERED**.

The Initial Case Management Conference is continued to December 5, 2017 at 2:00 p.m. The Case Management Statement is due by November 28, 2017.

Dated: 11/7/2017

HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

JOINT STIPULATION AND [PROPOSED]
ORDER TO CONTINUE CMC
CASE NO. 4:17-CV-05015-HSG