IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THELONIOUS SPHERE MONK, JR., as Administrator of and on behalf of the ESTATE OF THELONIOUS SPHERE MONK, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>NORTH COAST BREWING CO., INC., a California Corporation,<br><br>Defendant. | Case No. 4:17-CV-05015 HSG<br><br>[PROPOSED] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** <br><br>(Civil Local Rule 11-3) |

Rebecca Harker Duttery, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is McDermott Will & Emery LLP, 500 N. Capitol Street, N.W., Washington D.C. 20001, (202) 756-8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant North Coast Brewing Co., Inc.,

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 12/29/2017     By: *Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge