JONAH A. GROSSBARDT (SBN 283584)
SCHNEIDER ROTHMAN INTELLECTUAL
PROPERTY LAW GROUP, PLLC
10250 Constellation Blvd., Suite 100
Los Angeles, CA 90067
Telephone: (323) 364-6565
Facsimile: (561) 404-4353
E-mail: Jonah.grossbardt@sriplaw.com

JOEL B. ROTHMAN (Admitted Pro Hac Vice)
SCHNEIDER ROTHMAN INTELLECTUAL
PROPERTY LAW GROUP, PLLC
4651 North Federal Highway
Boca Raton, FL 33431
Telephone: (561) 404-4350
Facsimile: (561) 404-4353
E-mail: Joel.Rothman@sriplaw.com

Attorneys for Plaintiff
Thelonious Sphere Monk, Jr., as Administrator of and on behalf of the
Estate of Thelonious Sphere Monk, deceased,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| THELONIOUS SPHERE MONK, JR., as Administrator of and on behalf of the ESTATE OF THELONIOUS SPHERE MONK, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH COAST BREWING CO., INC., a California Corporation,<br><br>Defendant. | Case No.: 4:17-cv-05015-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF PARTIES' TRIAL SCHEDULING**<br><br>Judge: Hon. Haywood S. Gilliam. Jr. |

Pursuant to the case management conference held before Judge Haywood S. Gilliam, Jr. on December 5, 2017, the parties hereby submit this Stipulation Regarding Trial Scheduling: concerning the parties Joint Case Management Statement & Proposed Order filed November 21, 2017 at Docket Entries 26 and 41, and state as follows:

| **Deadline** | **Due Date** |
|---|---|
| Deadline to Amend Pleadings and File any Counterclaims | December 31, 2017 |
| Designation of Primary/Initial Expert Witnesses | May 4, 2018 |
| Designation of Rebuttal Expert Witnesses | May 25, 2018 |
| Discovery Cutoff | June 13, 2018 |
| Expert Report | June 20, 2018 |
| Expert Rebuttal Report | July 6, 2018 |
| Close of Expert Discovery | July 20, 2018 |
| Dispositive Motions, Motions for Summary Judgment and Daubert Motions | August 3, 2018 |
| Opposition to any Dispositive Motions, Motions for Summary Judgment and Daubert Motions | August 17, 2018 |
| Reply to any Dispositive Motions, Motions for Summary Judgment and Daubert Motions | August 24, 2018 |
| Hearing on Dispositive Motions, Motions for Summary Judgment and Daubert Motions | September 6, 2018 |
| Lead counsel to meet and confer regarding settlement, pretrial filings, and narrowing of issues (¶ 2) | October 16, 2018 |
| Provide all other parties with proposed exhibits, charts, schedules, summaries, diagrams, and other similar documentary materials to be used case in chief at trial, as well as a list of those materials (¶ 3) | |
| Provide all other parties (1) the names of all witnesses each party intends to call at trial, as well as a brief description of the subject matter of their testimony; and (2) a list containing citations to all evidence that a party might introduce at trial, other than that to be used solely for impeachment or rebuttal, that was obtained from deposition testimony, interrogatory responses, or responses to requests for admission (¶ 4) | |
| File any motions in limine (¶¶ 23–24) | October 23, 2018 |
| File joint pretrial statement and proposed order (¶ 7) File proposed jury instructions (jury trial only) (¶¶ 8–10) File proposed voir dire questions (jury trial only) (¶¶ 11–13) File | October 30, 2018 |

| | |
|---|---|
| proposed verdict forms (jury trial only) (¶ 14) | |
| File proposed statement of the case (jury trial only) (¶ 15) File trial briefs (optional) (¶ 16) | |
| Objections to designations of deposition testimony | |
| At least 14 days prior to the Pretrial Conference, the parties shall make a good faith effort to stipulate to exhibits' admissibility. If stipulation is not possible, the parties shall make every effort to stipulate to at least authenticity and foundation absent a legitimate (not tactical) objection. (¶20) | |
| File oppositions/statements of non-opposition to motions in limine (¶ 25) | |
| Email Word versions of the proposed joint pretrial statement and proposed order, proposed jury instructions, voir dire questions, verdict form(s), and statement of the case to HSGpo@cand.uscourts.gov. (¶ 5) | |
| Submit two binders to the Clerk's office containing the joint pretrial statement and proposed order, any proposed jury instructions, voir dire questions, verdict forms, statement of the case, and trial briefs, as well as all motions in limine, oppositions, and/or statements of non-opposition (¶ 6) | October 31, 2018 (By Noon) |
| Pretrial Conference | November 13, 2018 |
| Submit a flash drive to the Clerk's office containing the exhibits identified in Section (h) of the parties' joint pretrial statement and proposed order (and not already excluded by the Court in limine) (¶ 21) | November 26, 2018 |
| File form exhibit and witness lists (¶ 22) | November 30, 2018 |
| Trial | December 3, 2018 |

Dated: January 25, 2018

/s/ Joel B. Rothman
Joel B. Rothman (Admitted Pro Hac Vice)
SCHNEIDER ROTHMAN INTELLECTUAL
PROPERTY LAW GROUP, PLLC
4651 North Federal Highway
Boca Raton, FL 33431
Telephone: (561) 404-4350
Facsimile: (561) 404-4353

| | |
|---|---|
| 1 | E-mail: Joel.rothman@sriplaw.com |
| | Counsel for plaintiff Thelonious Sphere Monk, |
| 2 | Jr., as Administrator of and on behalf of the |
| | Estate of Thelonious Sphere Monk, deceased |
| 3 | |
| | -and- |
| 4 | |
| | Jonah A. Grossbardt (SBN 283584) |
| 5 | SCHNEIDER ROTHMAN INTELLECTUAL |
| | PROPERTY LAW GROUP, PLLC |
| 6 | 10250 Constellation, Blvd., Ste. 100 |
| | Los Angeles, CA 90067 |
| 7 | Telephone: (323) 364-6464 |
| | Facsimile: 561) 404-4353 |
| 8 | E-mail: Jonah.grossbardt@sriplaw.com |
| | Counsel for plaintiff Thelonious Sphere Monk, |
| 9 | Jr., as Administrator of and on behalf of the |
| | Estate of Thelonious Sphere Monk, deceased |
| 10 | |
| 11 | |
| 12 | /s/ Robert Zelnick |
| | Robert Zelnick (Admitted Pro Hac Vice) |
| 13 | rzelnick@mwe.com |
| | McDERMOTT WILL & EMERY LLP |
| 14 | 500 North Capitol Street, N.W. |
| | Washington, D.C. 20001-1531 |
| 15 | Telephone: 202-756-8000 |
| | Facsimile: 202-756-8087 |
| 16 | |
| | Evan Boetticher (SBN 274377) |
| 17 | nboetticher@mwe.com |
| | McDERMOTT WILL & EMERY LLP |
| 18 | 275 Middlefield Road, Suite 100 |
| | Menlo Park, CA 94025-4004 |
| 19 | Telephone: 650 815 7400 |
| | Facsimile: 650 815 7401 |
| 20 | |
| | Attorneys for Defendant |
| 21 | NORTH COAST BREWING CO., INC. |
| 22 | |
| 23 | ATTESTATION OF CONSENT:  I, Jonah A. Grossbardt, am the ECF User whose ID and password are being used to file this Stipulation.  I hereby attest that Defendant North Coast Brewing Co. Inc, by or through its counsel of record, has concurred in the content of the Stipulation and has authorized this electronic filing. |
| 24 | |

- 4 -
JOINT STIPULATION AND [PROPOSED] ORDER ON TRIAL SCHEDULE

**[PROPOSED] ORDER**

PURSUANT TO PARTIES' JOINT STIPULATION AND FINDING GOOD CAUSE, **IT IS SO ORDERED.**

The parties agree to the following trial schedule:

| **Deadline** | **Due Date** |
| --- | --- |
| Deadline to Amend Pleadings and File any Counterclaims | December 31, 2017 |
| Designation of Primary/Initial Expert Witnesses | May 4, 2018 |
| Designation of Rebuttal Expert Witnesses | May 25, 2018 |
| Discovery Cutoff | June 13, 2018 |
| Expert Report | June 20, 2018 |
| Expert Rebuttal Report | July 6, 2018 |
| Close of Expert Discovery | July 20, 2018 |
| Dispositive Motions, Motions for Summary Judgment and Daubert Motions | August 3, 2018 |
| Opposition to any Dispositive Motions, Motions for Summary Judgment and Daubert Motions | August 17, 2018 |
| Reply to any Dispositive Motions, Motions for Summary Judgment and Daubert Motions | August 24, 2018 |
| Hearing on Dispositive Motions, Motions for Summary Judgment and Daubert Motions | September 6, 2018 |
| Lead counsel to meet and confer regarding settlement, pretrial filings, and narrowing of issues (¶ 2) | October 16, 2018 |
| Provide all other parties with proposed exhibits, charts, schedules, summaries, diagrams, and other similar documentary materials to be used case in chief at trial, as well as a list of those materials (¶ 3) | |
| Provide all other parties (1) the names of all witnesses each party intends to call at trial, as well as a brief description of the subject matter of their testimony; and (2) a list containing citations to all evidence that a party might introduce at trial, other than that to be used solely for impeachment or rebuttal, that was obtained from deposition testimony, interrogatory responses, or responses | |

| | |
|---|---|
| to requests for admission (¶ 4) | |
| File any motions in limine (¶¶ 23–24) | October 23, 2018 |
| File joint pretrial statement and proposed order (¶ 7) | October 30, 2018 |
| File proposed jury instructions (jury trial only) (¶¶ 8–10) | |
| File proposed voir dire questions (jury trial only) (¶¶ 11–13) File proposed verdict forms (jury trial only) (¶ 14) | |
| File proposed statement of the case (jury trial only) (¶ 15) File trial briefs (optional) (¶ 16) | |
| Objections to designations of deposition testimony | |
| At least 14 days prior to the Pretrial Conference, the parties shall make a good faith effort to stipulate to exhibits' admissibility. If stipulation is not possible, the parties shall make every effort to stipulate to at least authenticity and foundation absent a legitimate (not tactical) objection. (¶20) | |
| File oppositions/statements of non-opposition to motions in limine (¶ 25) | |
| Email Word versions of the proposed joint pretrial statement and proposed order, proposed jury instructions, voir dire questions, verdict form(s), and statement of the case to HSGpo@cand.uscourts.gov. (¶ 5) | |
| Submit two binders to the Clerk's office containing the joint pretrial statement and proposed order, any proposed jury instructions, voir dire questions, verdict forms, statement of the case, and trial briefs, as well as all motions in limine, oppositions, and/or statements of non-opposition (¶ 6) | October 31, 2018 (By Noon) |
| Pretrial Conference | November 13, 2018 |
| Submit a flash drive to the Clerk's office containing the exhibits identified in Section (h) of the parties' joint pretrial statement and proposed order (and not already excluded by the Court in limine) (¶ 21) | November 26, 2018 |
| File form exhibit and witness lists (¶ 22) | November 30, 2018 |
| Jury Trial | December 3, 2018 |

Dated: 1/26/2018

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE