# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| THELONIOUS SPHERE MONK, JR., as Administrator of and on behalf of the ESTATE OF THELONIOUS SPHERE MONK, Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTH COAST BREWING CO., INC., a California Corporation,<br><br>    Defendant. | **Case No.: 4:17-cv-05015-HSG**<br><br>**[PROPOSED] ORDER TO ENLARGE TIME TO FILE MOTION TO STRIKE NORTH COAST BREWING CO., INC.'S AFFIRMATIVE DEFENSES**<br><br>Judge: Haywood S. Gilliam, Jr. |

The Court, having considered Plaintiff's Motion to Enlarge Time to File its Motion to Strike Defendant's Affirmative Defenses ("Motion"), and all other papers filed in opposition and support thereof, including arguments of counsel and all other matters presented to the Court, and finding good cause, Grants Plaintiff's Motion to enlarge time and Plaintiff has until March 21, 2018 to file its Motion to Strike Affirmative Defenses.

**IT IS SO ORDERED:**

DATED:   3/8/2018

*/s/ Haywood S. Gilliam, Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE