ROBERT ZELNICK (*Pro Hac Vice*)
rzelnick@mwe.com
REBECCA DUTTRY
rduttry@mwe.com (*Pro Hac Vice*)
McDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
Telephone:   202-756-8000
Facsimile:   202-756-8087

Evan E. Boetticher (SBN: 274377)
eboetticher@mwe.com
Brent A. Hawkins (SBN: 314266)
bhawkins@mwe.com
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Tel: (650) 815-7400
Fax: (650) 469-7401

Attorneys for *North Coast Brewing Co., Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| THELONIOUS SPHERE MONK, JR., as Administrator of and on behalf of the ESTATE OF THELONIOUS SPHERE MONK, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH COAST BREWING CO., INC., a California Corporation,<br><br>Defendant. | CASE NO.  4:17-CV-05015 HSG<br><br>**REQUEST FOR WITHDRAWAL AS COUNSEL FOR DEFENDANT**<br><br>**Hon. Haywood S. Gilliam, Jr.** |

PLEASE TAKE NOTICE that pursuant to Civil L.R. 11-5, Evan E. Boetticher respectfully requests that the Clerk of this Court remove him as attorney for Defendant in this matter. The undersigned further requests that he be removed from the ECF service list in this matter.

1   PLEASE TAKE FURTHER NOTICE that Defendant shall continue to be represented in
2  this action by McDermott Will & Emery LLP.

**MCDERMOTT WILL & EMERY LLP**

DATED:   March 20, 2018         By:    */s/ Evan E. Boetticher*
                                              Evan E. Boetticher

Attorneys for *North Coast Brewing Co., Inc.*