UNITED STATES DISTRICT COURT
For the Northern District of California

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| THELONIOUS SPHERE MONK, JR., as Administrator of and on behalf of the ESTATE OF THELONIOUS SPHERE MONK, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH COAST BREWING CO., INC., a California Corporation,<br><br>Defendant. | CASE NO. 4:17-CV-05015 HSG<br><br>**ORDER PERMITTING WITHDRAWAL OF COUNSEL** |

This matter having come before the Court on Evan E. Boetticher's Request for Withdrawal, the Court having reviewed counsel's notice, and good cause appearing therefore,

IT IS SO ORDERED that Evan E. Boetticher is hereby withdrawn as counsel for Defendant. Defendant continues to be represented by the law firm McDermott Will & Emery, and all service shall continue to be provided to remaining counsel in this case.

The clerk is directed to remove Mr. Boetticher as attorney for Defendant and remove him from the ECF service list in this matter.

DATED: March 20, 2018

*[signature: Haywood S. Gilliam Jr.]*
United States District Court Judge