UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELONIOUS MONK, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTH COAST BREWING CO. INC.,<br><br>    Defendant. | Case No. 17-cv-05015-HSG (DMR)<br><br>**ORDER REGARDING DEFENDANT'S UNILATERAL DISCOVERY LETTER**<br><br>Re: Dkt. No. 63 |

On March 20, 2018, Defendant North Coast Brewing Co. Inc. ("Defendant") filed a unilateral discovery letter in which it moves to compel Plaintiff Thelonious Monk, Jr. ("Plaintiff") further responses to its First Set of Requests for Production of Documents. [Docket No. 63]. Pursuant to this court's Standing Order, a party may only file a unilateral discovery letter "in rare instances." Standing Order at 3; Not. of Reference and Order re: Discovery Procedures at 2 [Docket No. 16]. This does not appear to be one of those "rare instances." Accordingly, the parties must immediately meet and confer and file a joint discovery letter by no later **than 5:00 p.m. on March 21, 2018**. The court will set a hearing on the joint discovery letter if it deems it is appropriate.

**IT IS SO ORDERED.**

Dated: March 20, 2018



Donna M. Ryu
United States Magistrate Judge