1

2

3

4

5

6

7                              **UNITED STATES DISTRICT COURT**

8                            **NORTHERN DISTRICT OF CALIFORNIA**

9                                   **OAKLAND DIVISION**

10

| | |
|---|---|
| 11 THELONIOUS SPHERE MONK, JR., <br> as Administrator of and on behalf of the <br> 12 ESTATE OF THELONIOUS SPHERE MONK, <br> Deceased, <br> 13                        Plaintiff, <br> 14      vs. <br> 15 NORTH COAST BREWING CO., INC., a <br> California Corporation, <br> 16 <br> 17                      Defendant. <br> 18 | ) **Case No.: 4:17-cv-05015-HSG** <br> ) <br> ) **[PROPOSED] ORDER STRIKING** <br> ) **DEFENDANT NORTH COAST BREWING** <br> ) **CO. INC.'S AFFIRMATIVE DEFENSES** <br> ) <br> ) Date:  June 21, 2018 <br> ) Time:  2:00 P.M. <br> ) Ctrm:  2 – 4th Floor <br> ) Judge:  Haywood S. Gilliam, Jr. <br> ) <br> ) <br> ) |

19        The Court, having considered Plaintiff's Motion to Strike Defendant's Affirmative Defenses

20 ("Motion"), and all other papers filed in opposition and support thereof, including arguments of

21 counsel and all other matters presented to the Court, and finding good cause, STRIKES the

22 Defendant's Affirmative Defenses without leave to amend.

23

24        **IT IS SO ORDERED:**

25

26 DATED:_____          _____
                                           **HONORABLE HAYWOOD S. GILLIAM, JR.**
27                                         **UNITED STATES DISTRICT JUDGE**

28