UNITED STATES DISTRICT COURT
For the Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| THELONIOUS SPHERE MONK, JR., as Administrator of and on behalf of the ESTATE OF THELONIOUS SPHERE MONK, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>NORTH COAST BREWING CO., INC., a California Corporation,<br><br>Defendant. | Case No.: 4:17-CV-05015-HSG<br><br>**ORDER EXTENDING TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES**<br><br>Hon. Haywood S. Gilliam, Jr. |

The Court, having considered Defendant North Coast Brewing Company Inc.'s Unopposed Motion to Extend Time to File its Opposition to Motion to Strike North Coast's Affirmative Defenses Filed by Thelonious Sphere Monk, Jr., as Administrator of and on Behalf of the Estate of Thelonious Sphere Monk, Deceased ("Motion"), and support thereof, and with good cause having been shown, GRANTS Defendant's Motion to enlarge time. Defendant shall have until April 11, 2018, to file its Opposition to the Motion of Plaintiff Thelonious Sphere Monk, Jr., as Administrator of and on Behalf of the Estate of Thelonious Sphere Monk, Deceased (the "Monk Estate") to Strike North Coast's Affirmative Defenses.

**IT IS SO ORDERED.**

DATED: April 5, 2018

*/s/ Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
Judge of the United States District Court