# EXHIBIT 1

DEFENDANT
EXHIBIT
13
3/27/2018
Janis Jennings
CSR, CLR, CCRR



**November 24, 2013**

77
**Comments**



**Thelonious Sphere Monk** Deborah it was my pleasure! Anyone who follows me on social media knows that I live in my Brother Thelonious gear especially at this time of year. Yesterday was a long one so thanks for pointing out what I should have earlier. Thanks to Doug and Deborah Moody's commitment to keep jazz alive and support the development of it's future, a portion of the proceeds of the sale of all Brother Thelonious products - the award-winning Belgian ale and all the wonderful things in the online store go to the Thelonious Monk Institute of Jazz.

November 24, 2013 at 10:38am

Like

2

NCBC000143