# EXHIBIT 2





**March 20, 2013**

"My 'Brother Thelonious' pullover has become my uniform. Perfect for stepping out for breakfast with a light and golden stack of pancakes on a wintry day. I'd encourage you to support what they do by "liking" their FB page.

https://www.facebook.com/brotherthelonious?ref=ts&fref=ts"

NCBC000146