# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| THELONIOUS SPHERE MONK, JR., as Administrator of and on behalf of the ESTATE OF THELONIOUS SPHERE MONK, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH COAST BREWING CO., INC., a California Corporation,<br><br>Defendant. | CASE NO.  4:17-CV-05015 HSG<br><br>**ORDER GRANTING NORTH COAST BREWING CO., INC.'S MOTION FOR LEAVE TO TAKE DEPOSITION AFTER SCHEDULED CLOSE OF FACT DISCOVERY**<br><br>**Hon. Haywood S. Gilliam, Jr.** |

The Court, having considered Defendant's Motion for Leave to Take Deposition After Scheduled Close of Fact Discovery ("Motion"), and all other papers filed in opposition and support thereof, including arguments of counsel and all other matters presented to the Court, and finding good cause, Grants Defendant's Motion accordingly.

**IT IS SO ORDERED:**

DATED: July 10, 2018

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE