UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOELLE SIGNORELLI, <br>     Plaintiff, <br> v. <br> NORTH COAST BREWING CO. INC., <br>     Defendant. | Case No. 5:18-cv-02914-EJD <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *Monk, Jr. North Coast Brewing Co. Inc.*, C17-5015-HSG.

**IT IS SO ORDERED.**

Dated: September 6, 2018

_____
EDWARD J. DAVILA
United States District Judge