# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ESTATE OF THELONIOUS MONK, | Case No.: 4:17-cv-05015-HSG |
| Plaintiff, | |
| vs. | [Proposed] **ORDER EXTENDING THE TIME FOR THE PARTIES TO FILE THEIR PROPOSED JURY INSTRUCTIONS** |
| NORTH COAST BREWING CO., INC., | |
| Defendant. | |

The Court, having considered the parties' Joint Motion to Extend time to file their joint proposed jury instructions ("Motion"), and all other papers filed in thereof, including arguments of counsel and all other matters presented to the Court, and finding good cause, Grants the parties' Joint Motion and the parties shall have 2 days until November 1, 2018 to file their joint proposed jury instructions.

**IT IS SO ORDERED:**

DATED: 10/31/2018

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

4:17-cv-05015-HSG