Jonah A. Grossbardt (State Bar No. 283584)
**SRIPLAW, P.A.**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Joel B. Rothman (Admitted *Pro Hac Vice*)
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL 33431
561.404.4350 - Telephone
561.404.4353 – Facsimile
joel.rothman@sriplaw.com

Attorneys for Plaintiff
ESTATE OF THELONIOUS MONK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| THELONIOUS SPHERE MONK, JR., as Administrator and on behalf of the ESTATE OF THELONIOUS SPHERE MONK, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH COAST BREWING CO., INC., a California Corporation,<br><br>Defendant. | Case No.: 4:17-cv-05015-HSG<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE JURY INSTRUCTIONS**<br><br>**Trial Date: December 3, 2018** |

Plaintiff, THELONIOUS SPHERE MONK, JR., as Administrator of and on behalf of the ESTATE OF THELONIOUS SPHERE MONK, Deceased (the "Monk

SRIPLAW, P.A.
LOS ANGELES, CALIFORNIA

Estate") and Defendant NORTH COAST BREWING CO., INC. by and through their undersigned counsel, hereby move this Honorable Court for an extension of time of one day to file their Joint Proposed Jury Instructions, up to and including November 2, 2018, and as grounds therefore state as follows:

The parties have been diligently working together on finalizing their Joint Proposed Jury Instructions; however, due to the extensive instructions and lack of conformity require additional time.

The parties joint jury instructions were due on October 30, 2018 pursuant to the Court's Order of January 26, 2018. The Court granted the parties' Joint Motion to Extend Time to File Jury Instructions on October 31, 2018 and gave the parties until November 1, 2018. The parties are still working on conforming the jury instructions and need an additional day to file the jury instructions.

The parties request an additional day, up to and including November 2, 2018 in which to file their Joint Proposed Jury Instructions.

This request is not made for delay.

This is the parties' second request for extension of time.

WHEREFORE, the parties pray this Honorable Court for an extension of time of one day to file their Joint Proposed Jury Instructions, up to and including November 2, 2018, and for such other and further relief as to this Court deems just and proper.

DATED: November 1, 2018     */s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
**SRIPLAW, P.A.**
Attorneys for Plaintiff Estate of Thelonious Monk

and

Joel B. Rothman (Admitted *Pro Hac Vice*)

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC

*/s/ Rebecca Harker Duttry*
Rebecca Harker Duttry (*Pro Hac Vice*)
rduttry@mwe.com
Robert W. Zelnick (*Pro Hac Vice*)
rzelnick@mwe.com
McDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
Telephone:   202-756-8000
Facsimile:   202-756-8087

Jodi L. Benassi (SBN: 309048)
jbenassi@mwe.com
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Tel:  (650) 815-7400
Fax:  (650) 469-7401

Attorneys for *North Coast Brewing Co., Inc.*

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

DATED:  November 1, 2018     */s/ Jonah A. Grossbardt*
                              JONAH A. GROSSBARDT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

ESTATE OF THELONIOUS MONK,

    Plaintiff,

vs.

NORTH COAST BREWING CO., INC.,

    Defendant.

Case No.: 4:17-cv-05015-HSG

[~~Proposed~~] **ORDER EXTENDING THE TIME FOR THE PARTIES TO FILE THEIR PROPOSED JURY INSTRUCTIONS**

The Court, having considered the parties' Joint Motion to Extend time to file their joint proposed jury instructions ("Motion"), and all other papers filed in thereof, including arguments of counsel and all other matters presented to the Court, and finding good cause, Grants the parties' Joint Motion and the parties shall have 1 day until November 2, 2018 to file their joint proposed jury instructions.

**IT IS SO ORDERED:**

DATED: 11/2/2018

*/s/ Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE