Jonah A. Grossbardt (State Bar No. 283584)
**SRIPLAW, P.A.**
1801 Century Park East
Suite 1100
Los Angeles, CA  90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Joel B. Rothman (Admitted *Pro Hac Vice*)
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL 33431
561.404.4350 - Telephone
561.404.4353 – Facsimile
joel.rothman@sriplaw.com

Attorneys for Plaintiff
ESTATE OF THELONIOUS MONK

Robert W. Zelnick (*Pro Hac Vice*)
rzelnick@mwe.com
Rebecca Harker Duttry (*Pro Hac Vice*)
rduttry@mwe.com
Jodi L. Benassi (SBN: 309048)
jbenassi@mwe.com
McDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
Telephone: 202-756-8000
Facsimile: 202-756-8087

Attorneys for *North Coast Brewing Co., Inc*.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| THELONIOUS SPHERE MONK, JR., as Administrator and on behalf of the ESTATE OF THELONIOUS SPHERE MONK, Deceased,<br><br>        Plaintiff,<br><br>vs.<br><br>NORTH COAST BREWING CO., INC., a California Corporation,<br><br>        Defendant. | Case No.: 4:17-cv-05015-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br>**[FRCP41(a)(1)(A)(ii)]** |

Plaintiff THELONIOUS SPHERE MONK, JR., as Administrator and on behalf of the ESTATE OF THELONIOUS SPHERE MONK, Deceased, and Defendant North Coast Brewing Co., Inc., by their attorneys of record pursuant to Federal Rule of Civil Procedure FRCP 41(a)(1)(A)(ii) and a confidential settlement agreement reached by the parties, hereby stipulate and agree that this civil action may be dismissed with prejudice, with each party to bear its own fees and costs of suit.

The parties request that the court retain jurisdiction to enforce the confidential settlement agreement.

DATED:  November 8, 2018    */s/ Jonah A. Grossbardt*
                            JONAH A. GROSSBARDT
                            **SRIPLAW, P.A.**

                            and

                            */s/ Joel B. Rothman*
                            JOEL B. ROTHMAN
                            SCHNEIDER ROTHMAN
                            INTELLECTUAL PROPERTY LAW
                            GROUP, PLLC

|   |   |
|---|---|
|   | Attorneys for Plaintiff Estate of Thelonious Monk |
| DATED:  November 8, 2018 | McDERMOTT WILL & EMERY LLP |
|   | */s/ Robert W. Zelnick*<br>ROBERT W. ZELNICK |
|   | and |
|   | */s/ Rebecca Harker Duttry*<br>REBECCA HARKER DUTTRY |
|   | and |
|   | */s/ Jodi L. Benassi*<br>JODI L. BENASSI |
|   | Attorneys for Defendant North Coast Brewing Co., Inc. |

### ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

DATED: November 8, 2018           By: */s/ Jonah A. Grossbardt*
                                  Attorneys for Plaintiff Estate of Thelonious Monk

SRIPLAW, P.A.
LOS ANGELES, CALIFORNIA

4:17-cv-05015-HSG

**ORDER**

Pursuant to stipulation of the parties, and Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the entire action herein be, and hereby is, DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs. The court shall retain jurisdiction to enforce the Agreement.

Dated this ___ day of _____, 2018.

                                                                      Hon. Haywood S. Gilliam, Jr.
                                                                      United States District Judge